MANATT, PHELPS & PHILLIPS, LLP
Jill M. Pietrini, Esq. (Bar No. CA 138335)
    jpietrini@manatt.com
Diana Iketani Iorlano (Bar No. CA 193359)
    diorlano@manatt.com
Paul A. Bost, Esq. (Bar No. CA 261531)
    pbost@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Plaintiff*
SUMMIT ENTERTAINMENT, LLC

FILED
CLERK, U.S. DISTRICT COURT

SEP - 2 2011

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| SUMMIT ENTERTAINMENT, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> TOM MARKSON, dba TM CONSULTING, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. **CV11 07296 SVW (MANx)** <br><br> **COMPLAINT FOR FALSE DESIGNATION OF ORIGIN, TRADEMARK INFRINGEMENT, TRADEMARK DILUTION, UNFAIR COMPETITION AND COPYRIGHT INFRINGEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff Summit Entertainment, LLC ("Summit"), for its complaint against defendant Tom Markson, dba TM Consulting ("Defendant") and Does 1-10, alleges as follows:

### JURISDICTION

1.      This action arises under the trademark and anti-dilution laws of the United States, 15 U.S.C. § 1051, *et seq.*, under the statutory and common law of unfair competition, and under the Copyright Act of 1976, 17 U.S.C. § 501, *et seq.* This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) and (b), and § 1367, 15 U.S.C. § 1121, and 17 U.S.C. § 501. This action arises under the laws of



1   the United States.

2       2.      Venue is proper under 28 U.S.C. §§ 1391(b) and (c) in this case

3   because Summit resides in this District, and on information and belief, Defendant is

4   subject to personal jurisdiction in this District, and/or a substantial part of the

5   events or omissions giving rise to property that is the subject of the action is

6   situated in this District.

7                                    **PARTIES**

8       3.      Summit is a Delaware limited liability company having its principal

9   place of business in Santa Monica, California.

10      4.      On information and belief, Defendant is an individual doing business

11  as TM Consulting, having his principal place of business in San Mateo, California

12  with another address in Honolulu, Hawaii, and does business in this District.

13      5.      Defendant is subject to personal jurisdiction in this District.

14      6.      The true names, identities and capacities, whether individual, associate,

15  corporate or otherwise, of Defendants DOES 1 to 10, inclusive, and each of them

16  ("the DOE Defendants"), are unknown to Summit at this time, who therefore sues

17  the DOE Defendants by such fictitious names.  When the true names and capacities

18  or participation of the DOE Defendants are ascertained, Summit will amend this

19  complaint to assert the true names, identities and capacities.  Summit is informed

20  and believes and thereon alleges that each of the DOE Defendants sued herein is

21  responsible for the wrongful acts alleged herein, and is therefore liable to Summit

22  in some manner for the events and happenings alleged in this complaint.  Summit is

23  informed and believes and thereon alleges that at all times herein mentioned, the

24  DOE Defendants were and are doing business and/or residing in this District.

25                                    **FACTS**

26  **Summit's Business, Trademarks, and Copyrights**

27      7.      Since 1991, Summit and its predecessors have been an active

28  participant in the motion picture industry.  Summit has produced and distributed

1   films and related entertainment products, and has also been involved in motion

2   picture financing, production, and distribution services.

3        8.    Summit is the producer and distributor of the highly successful

4   *Twilight* motion picture franchise.  Initially, Summit released the extremely

5   successful and popular *Twilight* about a teenage girl, Isabella ("Bella") Swan, who

6   falls in love with a vampire, Edward Cullen.  Bella's other suitor in the film is

7   Jacob Black, a werewolf.  The film was released in the United States on November

8   21, 2008.  Summit released a second motion picture in the *Twilight* series, *The*

9   *Twilight Saga:  New Moon* ("*New Moon*"), in the United States on November 20,

10   2009.  Summit released *New Moon* for sale and rental on digital versatile disc

11   ("DVD") on March 20, 2010.  Summit released a third motion picture in the

12   *Twilight* series, *The Twilight Saga:  Eclipse* ("*Eclipse*"), in the United States on

13   June 30, 2010.  Summit released *Eclipse* for sale and rental on DVD on December

14   4, 2010, and is developing the fourth motion picture in the series, entitled *The*

15   *Twilight Saga:  Breaking Dawn*, which will be released in two parts.  The motion

16   pictures constituting *The Twilight Saga* series are herein referred to as the "*Twilight*

17   Motion Pictures."  Each of the *Twilight* Motion Pictures - that have been released to

18   date - were heavily promoted months before their release, as will the two

19   installments of *Breaking Dawn* be promoted as their release dates approach.

20        9.    Summit is the owner of the trademark TWILIGHT in block letters, and

21   in a distinctive stylized font (the "Stylized TWILIGHT mark"), the trademark THE

22   TWILIGHT SAGA, and other marks including the term TWILIGHT (collectively

23   "the TWILIGHT Marks").  Summit owns federal registrations for TWILIGHT in

24   Class 5 (Reg. No. 3,861,517), TWILIGHT in Class 9 (Reg. No. 3,884,386),

25   TWILIGHT in Class 18 (Reg. No. 3,884,385), TWILIGHT in Class 25 (Reg. No.

26   3,944,718), TWILIGHT in Class 26 (Reg. No. 3,867,985), TWILIGHT in Classes

27   41 and 45 (Reg. No. 3,756,560), the Stylized TWILIGHT mark in Class 45 (Reg.

28   No. 3,817,079), LUNA TWILIGHT in Class 3 (Reg. No. 3,929,237), and

1   TWILIGHT TRACKER in Class 9 (Reg. No. 3,793,131).   True and correct copies

2   of these certificates of registration are attached hereto as **Exhibit A**.   Summit also

3   has many additional pending federal trademark applications to register the

4   TWILIGHT Marks for use on various types of goods and services.   Summit's

5   Stylized TWILIGHT mark is shown below:

6

7

8       10.   Summit has licensed the TWILIGHT Marks to third parties to sell

9   various items of merchandise, including sheet music, clothing, posters, cosmetics

10   and other products and services.   Summit's licensees are currently selling a variety

11   of TWILIGHT merchandise and offering services under the TWILIGHT Marks

12   throughout the United States.

13       11.   By virtue of the popularity of the *Twilight* Motion Pictures, the

14   significant sales of licensed merchandise, and the significant publicity relating to

15   the *Twilight* Motion Pictures, among other things, Summit's TWILIGHT Marks

16   have become famous.

17       12.   Summit owns the copyrights associated with the *Twilight* Motion

18   Pictures, including the copyrights in the *Twilight* Motion Pictures, the copyrights in

19   certain still and unit photography associated with the *Twilight* Motion Pictures, and

20   the copyrights in artwork and images used to promote the *Twilight* Motion Pictures

21   and/or on licensed merchandise.

22       13.   Summit's TWILIGHT Marks and copyrights associated with the

23   *Twilight* Motion Pictures are collectively referred to as the "Twilight Intellectual

24   Property."

25   **Defendant and His Infringing Actions**

26       14.   On information and belief, Defendant registered the domain name

27   <twilight.com> on February 2, 1994 (the "Domain Name".)   Defendant operates a

28   website at the Domain Name, which is currently active (the "Website"), and on

1   information and belief has been active at all relevant times complained of herein.

2      15.   On information and belief, after *Twilight* was released and well

3   received by the public, Defendant changed his Website to post links and other

4   material relating to the *Twilight* Motion Pictures, including copyrighted material

5   owned by Summit.  True and correct copies of the home page of Defendant's

6   Website printed at various times are attached hereto as **Exhibit B**.

7      16.   Summit learned that Defendant is using the Twilight Intellectual

8   Property on his Website in a variety of ways, including posting links to download

9   *Twilight* recordings, posting links for unauthorized *Twilight* contests and fake

10  casting calls for the *Twilight* Motion Pictures, posting copyrighted material owned

11  by Summit on Defendant's Website as the Website's banner, linking the Website to

12  other websites featuring Summit's copyrighted material, otherwise using Summit's

13  TWILIGHT Marks on his Website, and leading consumers to believe that they had

14  reached the official *Twilight* Motion Picture website ("Defendant's Website

15  Business").  All of Defendant's acts and activities described herein were, and

16  continue to be, without prior authorization, permission, or license from Summit.

17     17.   On information and belief, Defendant generates revenue from the

18  Website and his Website Business through click through advertising, banner

19  advertising, sponsored links, and various affiliate programs with other websites and

20  search engines.  Many of these advertisements and links include, without Summit's

21  authorization, the Twilight Intellectual Property.

22     18.   Summit alleges on information and belief that Summit and its licensees

23  market their *Twilight* Motion Pictures and the associated TWILIGHT-branded

24  goods and services, respectively, to the same consumers to which Defendant

25  markets his Website and Defendant's Website Business.

26     19.   On April 17, 2009, Summit sent Defendant a letter to his San Mateo,

27  California address demanding that he cease and desist his infringement of Summit's

28  intellectual property.  A true and correct copy of Summit's April 17th demand letter

1   to Defendant is attached hereto as **Exhibit C**.

2      20.   On April 20, 2009, Summit sent Defendant another letter to his

3   Honolulu, Hawaii address attaching a copy of the cease and desist letter previously

4   sent on April 17, 2009.  A true and correct copy of Summit's April 20th demand

5   letter to Defendant is attached hereto as **Exhibit D**.

6      21.   On May 1, 2009, Defendant responded to Summit, and denied

7   Summit's claims.  Thereafter the parties discussed Summit's claims to attempt to

8   resolve the matter with no resolution.

9      22.   Defendant has not ceased his unlawful activities, and Defendant's

10  Website Business continue to infringe and otherwise violate Summit's Twilight

11  Intellectual Property.

12

13                    **FIRST CAUSE OF ACTION**

14         **(False Designation of Origin – 15 U.S.C. § 1125(a))**

15     23.   Summit repeats and realleges each and every allegation of paragraphs 1

16  through 22, above, as though fully set forth herein.

17     24.   Defendant's use of the Twilight Intellectual Property in conjunction

18  with Defendant's Website Business as alleged herein constitutes a false designation

19  of origin, affiliation or sponsorship in violation of 15 U.S.C. § 1125(a).

20  Defendant's activities constitute a false designation of origin and a false description

21  or representation that wrongfully and falsely designates the Website as originating

22  from Summit, or being associated, affiliated or connected with or approved or

23  sponsored by Summit.

24     25.   As a direct and proximate result of Defendant's wrongful acts, Summit

25  has suffered and continues to suffer and/or is likely to suffer damage to its

26  trademarks, business reputation, and goodwill.  Defendant will continue, unless

27  restrained, to conduct his Website Business using Summit's Twilight Intellectual

28  Property or other trademarks confusingly similar to Summit's TWILIGHT Marks

1    and will cause irreparable damage to Summit.  Summit has no adequate remedy at

2    law and is entitled to an injunction restraining Defendant, his officers, agents,

3    servants, and employees, and all persons acting in concert with Defendant, from

4    engaging in further acts of false designation of origin, affiliation or sponsorship.

5         26.    Summit is further entitled to recover from Defendant the actual

6    damages that it sustained and/or is likely to sustain as a result of Defendant's

7    wrongful acts.  Summit is presently unable to ascertain the full extent of the

8    monetary damages that it has suffered and/or is likely to sustain by reason of

9    Defendant's acts of false designation of origin, affiliation or endorsement.

10         27.    Summit is further entitled to recover from Defendant the gains, profits,

11    and advantages that Defendant has obtained as a result of his wrongful acts.

12    Summit is presently unable to ascertain the extent of the gains, profits, and

13    advantages that Defendant has realized by reason of his acts of false designation of

14    origin, affiliation or endorsement.

15         28.    Because of the willful nature of Defendant's wrongful acts, Summit is

16    entitled to an award of treble damages and increased profits pursuant to 15 U.S.C.

17    § 1117.

18         29.    Summit is also entitled to recover its attorneys' fees and costs of suit

19    pursuant to 15 U.S.C. § 1117.

20                     **SECOND CAUSE OF ACTION**

21         **(Trademark Infringement – 15 U.S.C. § 1114 and Common Law)**

22         30.    Summit repeats and realleges each and every allegation of paragraphs

23    1 through 29, above, as though fully set forth herein.

24         31.    Defendant has used in commerce, without Summit's permission, the

25    TWILIGHT Marks in a manner that is likely to cause confusion with respect to the

26    source and origin of Defendant's Website Business and is likely to cause confusion

27    or mistake and to deceive purchasers as to the affiliation, connection, approval,

28    sponsorship, or association of Summit and/or the *Twilight* Motion Pictures with

1   Defendant, the Website, and/or his Website Business.

2       32.   Defendant's acts constitute infringement of the TWILIGHT Marks in

3   violation of the common law, and the TWILIGHT mark, the Stylized TWILIGHT

4   Mark, the TWILIGHT TRACKER mark, and the LUNA TWILIGHT mark under

5   15 U.S.C. § 1114.

6       33.   As a direct and proximate result of Defendant's wrongful acts, Summit

7   has suffered and continues to suffer and/or is likely to suffer damage to its

8   trademarks, business reputation, and goodwill.  Defendant will continue to use,

9   unless restrained, the TWILIGHT Marks or marks confusingly similar thereto and

10  will cause irreparable damage to Summit.  Summit has no adequate remedy at law

11  and is entitled to an injunction restraining Defendant, his officers, agents, servants,

12  and employees, and all persons acting in concert with Defendant, from engaging in

13  further acts of infringement.

14      34.   Summit is further entitled to recover from Defendant the actual

15  damages that it sustained and/or is likely to sustain as a result of Defendant's

16  wrongful acts.

17      35.   Summit is further entitled to recover from Defendant the gains, profits,

18  and advantages that Defendant has obtained as a result of his wrongful acts.

19      36.   Because of the willful nature of Defendant's wrongful acts, Summit is

20  entitled to an award of punitive damages under the common law, and treble

21  damages and increased profits under 15 U.S.C. § 1117.

## THIRD CAUSE OF ACTION

### (Dilution--15 U.S.C.§ 1125(c); Cal. Bus. & Prof. Code § 14247)

24      37.   Summit repeats and realleges each and every allegation of paragraphs 1

25  through 36, above, as though fully set forth herein.

26      38.   Summit has used the TWILIGHT Marks to identify its products

27  relating to the *Twilight* Motion Pictures before Defendant began promoting and

28  using the Twilight Intellectual Property on Defendant's Website and in conjunction

1   with Defendant's Website Business.  The TWILIGHT Marks are inherently

2   distinctive and have acquired distinction through Summit's extensive, continuous,

3   and exclusive use of the TWILIGHT Marks.

4       39.   The TWILIGHT Marks are famous and distinctive within the meaning

5   of 15 U.S.C. §§ 1125(c)(1) and 1127 and Cal. Bus. & Prof. Code § 14247.

6       40.   Defendant's use of the TWILIGHT Marks is likely to dilute the

7   distinctive quality of Summit's TWILIGHT Marks in violation of 15 U.S.C.

8   § 1125(c) and Cal. Bus. & Prof. Code § 14247.

9       41.   Defendant's acts complained of herein are likely to damage Summit

10  irreparably.  Summit has no adequate remedy at law for such wrongs and injuries.

11  The damage to Summit includes harm to its trademarks, goodwill, and reputation

12  that money cannot compensate.  Summit is, therefore, entitled to a preliminary and

13  permanent injunction enjoining Defendant's use of the TWILIGHT Marks or any

14  marks confusingly similar thereto or dilutive thereof in connection with the

15  promotion, advertisement and sale of any services offered by Defendant.

16      42.   Summit is further entitled to recover from Defendant its actual

17  damages sustained by Summit as a result of Defendant's wrongful acts.  Summit is

18  presently unable to ascertain the full extent of the monetary damages it has suffered

19  by reason of Defendant's acts of dilution.

20      43.   Summit is further entitled to recover from Defendant the gains, profits,

21  and advantages Defendant has obtained as a result of his wrongful acts.  Summit is

22  presently unable to ascertain the extent of the gains, profits and advantages

23  Defendant has realized by reason of Defendant's willful acts of dilution.

24      44.   Because of the willful nature of Defendant's actions, Summit is

25  entitled to all remedies available under 15 U.S.C. §§ 1117 and 1118.

26                  **FOURTH CAUSE OF ACTION**

27          **(Statutory and Common Law Unfair Competition)**

28      45.   Summit repeats and realleges each and every allegation of paragraphs 1

1    through 44, above, as though fully set forth herein.

2        46.    By reason of the foregoing, Defendant has been, and is, engaged in

3    "unlawful, unfair or fraudulent business practices" in violation of §§ 17200 *et seq.*

4    of the California Bus. & Prof. Code and acts of unfair competition in violation of

5    the common law.

6        47.    Defendant's acts complained of herein have damaged and will continue

7    to damage Summit irreparably.  Summit has no adequate remedy at law for these

8    wrongs and injuries.  The damage to Summit includes harm to its Twilight

9    Intellectual Property, goodwill, and reputation in the marketplace that money

10   cannot compensate.  Summit is therefore entitled to:  (a) injunctive relief restraining

11   and enjoining Defendant and his officers, agents, servants, and employees, and all

12   persons acting thereunder, in concert with, or on their behalf, from using the

13   Twilight Intellectual Property or any mark, name, symbol, or logo which is

14   confusingly similar thereto, in connection with the marketing or sale of any goods

15   or services by Defendant; (b) Summit's actual damages sustained as a result of

16   Defendant's wrongful acts; (c) an accounting of Defendant's profits from his

17   Website Business; (d) the award of Defendant's unjust profits, as well as sums

18   sufficient to compensate Summit for all harm suffered as a result of Defendant's

19   conduct; and (e) punitive damages.

20                    **FIFTH CAUSE OF ACTION**

21                    **(Copyright Infringement)**

22       48.    Summit repeats and realleges each and every allegation of paragraphs 1

23   through 47, above, as though fully set forth herein.

24       49.    Summit is the copyright owner of the photographs and images

25   associated with the *Twilight* Motion Pictures used by Defendant, and at all times

26   relevant to the complaint, Summit is and has been the sole exclusive authorized

27   licensor of such photographs and images in the United States.  Said photographs

28   and images all are original works of authorship owned by Summit and are

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

10

copyrightable subject matter under the laws of the United States. The photographs were fixed in a tangible medium by development of the photographs and/or by uploading to a hard drive and publishing the artwork bearing the photographs. The photographs comprise unit photography from the *Twilight* Motion Pictures and publicity photographs and/or artwork for publicity of the *Twilight* Motion Pictures.

50. The photographs and images used by Defendant on his Website are the subject of valid copyright registrations issued by the U.S. Copyright Office and owned by Summit. Summit registered the copyrights identified in the following copyright registrations:

| Description | Reg./App.Date | Reg. No. | Status |
|---|---|---|---|
| Twilight Banner | November 6, 2009 | VA 1-689-494 | Registered |
| *Eclipse* Trading Cards Base Set Series 1 | June 26, 2011 | VA 1-779-140 | Registered |
| *The Twilight Saga: Eclipse* Bus Shelter Cullens | June 25, 2011 | VA 1-779-144 | Registered |
| *The Twilight Saga: Eclipse* Bus Shelter Trio | June 25, 2011 | VA 1-779-159 | Registered |

Such registrations are valid and subsisting. True and correct copies of Summit's copyright registrations listed above are attached hereto as **Exhibit E.**

51. Defendant had access to Summit's photographs and images through online resources, and given the wide publication of the images, the *Twilight* Motion Pictures, and publicity for the *Twilight* Motion Pictures.

52. Defendant has violated Summit's exclusive rights in and to Summit's photographs and images by unlawfully using, reproducing, displaying, and distributing them on his Website and using them in his Website Business without authorization and by unlawfully preparing derivative works thereof for use on his Website.

53. Upon information and belief, Defendant was at all material times aware

that his use of the photographs and images, in the absence of a valid license agreement authorizing Defendant to use them and/or to edit, alter and/or otherwise modify them without Summit's prior written approval, would constitute copyright infringement.  Summit has not granted to Defendant any such right or license.

54.    Summit is informed and believes and on that basis alleges that Defendant had full knowledge that his acts are wrongful and unlawful and has continued to infringe said copyrights, throughout the United States and various other territories of the world.

55.    By reason of the foregoing, Summit has suffered damages in an amount to be determined at trial, and is entitled, at its election, to either (a) all damages suffered by Summit, along with all gains, profits and advantages derived by Defendant from the acts of infringement, plus exemplary and punitive damages in amounts to be proven at trial, or (b) statutory damages as provided for in the Copyright Act of the United States.

56.    Summit is also entitled to attorneys' fees under the Copyright Act.

### **PRAYER FOR RELIEF**

WHEREFORE, Summit prays that this Court enter judgment against Defendant as follows:

1.    Finding that Defendant has violated 15 U.S.C. § 1125(a) and the common law, has infringed the TWILIGHT Marks under the common law and infringed the TWILIGHT Marks, the Stylized TWILIGHT, the TWILIGHT TRACKER, and the LUNA TWILIGHT trademarks under 15 U.S.C. § 1114, has violated 15 U.S.C. § 1125(c)(1) and Cal. Bus. & Prof. Code § 14247, has violated Cal. Bus. & Prof. Code § 17200 and the common law by engaging in unlawful, unfair, and fraudulent business practices, and has infringed Summit's copyrights;

2.    Ordering that Defendant and his officers, agents, servants, directors, employees, servants, partners, representative, assigns, successors, related companies, and attorneys and all persons in active concert or participation with

1     Defendant or with any of the foregoing be enjoined preliminarily during the

2     pendency of this action and permanently thereafter from:

3                    a.     Using, promoting, advertising, publicizing, distributing,

4     and posting any of the Twilight Intellectual Property for or on his Website or for

5     any other goods or services, or any other mark, name, symbol, or logo which is

6     likely to cause confusion or to cause mistake or to deceive persons into the

7     erroneous belief that Defendant, his Website or his Website Business are sponsored,

8     licensed, or endorsed by Summit, are authorized by Summit, or are connected or

9     affiliated in some way with Summit or the *Twilight* Motion Pictures;

10                   b.     Using, promoting, advertising, publicizing, distributing,

11    and posting any of the Twilight Intellectual Property or any other mark, name,

12    symbol, or logo that is a copy or colorable imitation of, incorporates, or is

13    confusingly similar to the TWILIGHT Marks on his Website or for any other goods

14    or services related to the *Twilight* Motion Pictures;

15                   c.     Falsely implying Summit's endorsement of Defendant's

16    Website or Website Business or engaging in any act or series of acts which, either

17    alone or in combination, constitutes unfair methods of competition with Summit

18    and from otherwise interfering with or injuring the Twilight Intellectual Property,

19    the TWILIGHT Marks, or the goodwill associated therewith;

20                   d.     Engaging in any act which is likely to dilute the

21    distinctive quality of the TWILIGHT Marks and/or injures Summit's business

22    reputation;

23                   e.     Copying, displaying, featuring, or using Summit's

24    photographs, images, or any other copyrightable subject matter from or related to

25    the *Twilight* Motion Pictures, or any works substantially similar thereto, or

26    engaging in any act in violation of Summit's copyrights;

27                   f.     Representing or implying that Defendant is in any way

28    sponsored by, affiliated with, or endorsed or licensed by Summit; or

1      g.      Knowingly assisting, inducing, aiding, or abetting any

2 other person or business entity in engaging in or performing any of the activities

3 referred to in paragraphs 2(a) to (f) above.

4      3.      Ordering that Summit is the exclusive owner of the TWILIGHT Marks

5 and that such marks are valid and protectable;

6      4.      Ordering that Summit is the exclusive owner of the copyrights

7 associated with Summit's photographs and images and that such copyrights are

8 valid and protectable;

9      5.      Ordering that Defendant be required to permanently remove all

10 Twilight Intellectual Property from Defendant's Website;

11      6.      Granting an award of damages suffered by Summit according to proof

12 at the time of trial;

13      7.      Ordering that Defendant account to Summit for any and all profits

14 earned as a result of Defendant's acts of infringement in violation of Summit's

15 rights under the Lanham Act, Cal. Bus. & Prof. Code  §§ 14247, 17200, *et seq.*, the

16 Copyright Act, and the common law;

17      8.      Granting an award of statutory damages under the Copyright Act;

18      9.      Granting an award of three times the amount of compensatory

19 damages and increased profits pursuant to 15 U.S.C. § 1117;

20      10.      Granting an award of punitive damages for the willful and wanton

21 nature of Defendant's aforesaid acts;

22      11.      For pre-judgment interest on any recovery by Summit;

23      12.      Granting an award of Summit's costs, expenses, and reasonable

24 attorney's fees; and

25 / / /

26 / / /

27 / / /

28 / / /

1    13.    Granting such other and further relief as is just and proper.

2                                    Respectfully submitted,

3                                    MANATT, PHELPS & PHILLIPS, LLP

4

5    Dated:  September 2, 2011        By:

6                                        Jill M. Pietrini
                                         Diana Iketani Iorlano
7                                        Paul A. Bost
                                         *Attorneys for Plaintiff*
8                                        SUMMIT ENTERTAINMENT, LLC

9

10                              **JURY DEMAND**

     Summit demands a trial by jury of all issues triable by jury.
11

12                                   Respectfully submitted,

13                                   MANATT, PHELPS & PHILLIPS, LLP

14

15   Dated:  September 2, 2011        By:

16                                       Jill M. Pietrini
                                         Diana Iketani Iorlano
17                                       Paul A. Bost
                                         *Attorneys for Plaintiff*
                                         SUMMIT ENTERTAINMENT, LLC
18

19   300262588.1

20

21

22

23

24

25

26

27

28

(EXHIBIT A)

# EXHIBIT A

# United States of America

## United States Patent and Trademark Office

# TWILIGHT

**Reg. No. 3,861,517**

**Registered Oct. 12, 2010**

**Int. Cl.: 5**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET
SUITE 120
SANTA MONICA, CA 90404

FOR: ADHESIVE BANDAGES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 3-0-2009; IN COMMERCE 3-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-640,049, FILED 12-25-2008.

CYNTHIA TRIPI, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# TWILIGHT

**Reg. No. 3,884,386**     SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
**Registered Nov. 30, 2010**  SANTA MONICA, CA 90404

**Int. Cl.: 9**          FOR: PRE-RECORDED DVDS AND OTHER AUDIOVISUAL RECORDINGS FEATURING
MOTION PICTURES AND DOCUMENTARIES; MOTION PICTURE FILMS IN THE FIELDS
OF DRAMA AND ROMANCE; AND MOUSEPADS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
**TRADEMARK**          AND 38).

**PRINCIPAL REGISTER**    FIRST USE 9-1-2008; IN COMMERCE 9-1-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-980,354, FILED 6-25-2008.

SKYE YOUNG, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America

### United States Patent and Trademark Office

# TWILIGHT

**Reg. No. 3,884,385**  SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, STE. 120
**Registered Nov. 30, 2010**  SANTA MONICA, CA 90404

**Int. Cl.: 18**  FOR: ALL PURPOSE CARRYING BAGS, BACK PACKS, BEACH BAGS, WALLETS, PURSES,
BUSINESS CARD CASES, PET CLOTHING, LUGGAGE, AND MESSENGER BAGS , IN
CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

**TRADEMARK**

FIRST USE 9-1-2008; IN COMMERCE 9-1-2008.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-980,353, FILED 6-26-2008.

SKYE YOUNG, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

### United States Patent and Trademark Office

# TWILIGHT

**Reg. No. 3,944,718**

**Registered Apr. 12, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
SUITE 200, SOUTH TOWER
1601 CLOVERFIELD BOULEVARD
SANTA MONICA, CA 90404

FOR: CLOTHING, NAMELY, T-SHIRTS, LOUNGEWEAR, SOCKS, PANTS, SWEATSHIRTS, SWEATPANTS, BANDANAS, SCARVES, APRONS, JACKETS, TANK TOPS, VESTS, NECKTIES, JERSEYS, SHIRTS, SWEATERS, BABYDOLL T-SHIRTS, INFANTWEAR, TRACK PANTS, AND HOODED SHIRTS; HEADWEAR; BELTS; AND WRIST CUFFS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-1-2008; IN COMMERCE 5-1-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-511,096, FILED 6-30-2008.

SKYE YOUNG, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# TWILIGHT

**Reg. No. 3,867,985**

**Registered Oct. 26, 2010**

**Int. Cl.: 26**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
SUITE 200, SOUTH TOWER
1601 CLOVERFIELD BOULEVARD
SANTA MONICA, CA 90404

FOR: BELT BUCKLES NOT MADE OF PRECIOUS METAL; ORNAMENTAL CLOTH PATCHES; EMBROIDERED PATCHES FOR CLOTHING; AND ORNAMENTAL NOVELTY BUTTONS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 9-0-2008; IN COMMERCE 9-0-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-511,117, FILED 6-30-2008.

SKYE YOUNG, EXAMINING ATTORNEY



_David J. Kappos_

Director of the United States Patent and Trademark Office

Int. Cls.: 41 and 45

Prior U.S. Cls.: 100, 101 and 107

United States Patent and Trademark Office

Amended

Reg. No. 3,756,560

Registered Mar. 9, 2010

OG Date Apr. 20, 2010

## SERVICE MARK
## PRINCIPAL REGISTER

# TWILIGHT

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
SUITE 200, SOUTH TOWER
1601 CLOVERFIELD BOULEVARD
SANTA MONICA, CA 90404

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

FOR: [ ENTERTAINMENT IN THE NATURE OF ON-GOING DRAMATIC TELEVISION PROGRAMS, ] PRODUC-

TION AND DISTRIBUTION OF MOTION PICTURES, PROVIDING INFORMATION RELATING TO MOTION PICTURES [, TELEVISION PROGRAMS ] AND LITERARY WORKS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-18-2008; IN COMMERCE 4-18-2008.

FOR: LICENSING OF MERCHANDISE ASSOCIATED WITH MOTION PICTURES; PROVIDING ONLINE INFORMATION ON THE LICENSING OF MERCHANDISE ASSOCIATED WITH MOTION PICTURES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 6-1-2008; IN COMMERCE 6-1-2008.

SER. NO. 77-511,175, FILED 6-30-2008.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 20, 2010.*

# United States of America

## United States Patent and Trademark Office

# twilight

**Reg. No. 3,817,079**
**Registered July 13, 2010**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

**Int. Cl.: 45**

FOR: LICENSING OF MERCHANDISE ASSOCIATED WITH MOTION PICTURES;
PROVIDING ONLINE INFORMATION ON THE LICENSING OF MERCHANDISE ASSOCI-
ATED WITH MOTION PICTURES, IN CLASS 45 (U.S. CLS. 100 AND 101).

**SERVICE MARK**

FIRST USE 6-1-2008; IN COMMERCE 6-1-2008.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF THE WORD "TWILIGHT" IN A STYLIZED FONT.

SER. NO. 77-852,862, FILED 10-20-2009.

INGRID C. EULIN, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# LUNA TWILIGHT

**Reg. No. 3,929,237**
**Registered Mar. 8, 2011**

**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: COSMETICS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 8-1-2009; IN COMMERCE 8-1-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-746,864, FILED 5-28-2009.

DEBRA LEE, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

## TWILIGHT TRACKER

**Reg. No. 3,793,131**

**Registered May 25, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: DOWNLOADABLE SOFTWARE THAT PROVIDES ACCESS TO MOVIE CONTENT AND TO PHOTOGRAPHS, NEWS AND INFORMATION REGARDING MOVIES, MOVIE TICKETS, SHOWTIMES AND MERCHANDISE, AND ALLOWS USERS TO SELECT AVATARS AND INTERACT WITH OTHER USERS, TO INTEGRATE WITH ONLINE SOCIAL NETWORKS, AND TO COMMUNICATE WITH OTHERS VIA A MESSAGE BOARD, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-17-2009; IN COMMERCE 9-17-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-874,255, FILED 11-17-2009.

SALLY SHIH, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

(EXHIBIT B)

# EXHIBIT B

twilight
breaking dawn

is casting now
APPLY ONLINE

© 2010 TalentHunter.com All Rights Reserved

www.TalentHunter.com/EclipseCasting

Ads by Google

[ Search box ] **Search**

# Welcome To Twilight.com

### Twilight Series by Stephenie Meyer

### Twilight DVD

### Download Twilight Motion Picture Soundtrack MP3s

### New Moon Movie Trailers, Interviews, Photo Galleries

### Twilight Blu-Ray (Ultimate Collector's Set)

### Visit Amazon.com / MP3 Store

**For Fans of Vintage TV Science Fiction**

### The Twilight Zone Companion
### Twilight Zone: The Complete Definitive Collection on DVD

Ads by Google

**Casting - "Breaking Dawn"**
Casting ID# 52152,
Grab a Twilight Role
Before the Deadline
Ends..
ExploreTalent.com/Twilig

**Twilight Quiz**
Impress Your Friends
Add to Your Profile for
Free!
Webfetti.com

amazonMP3
Music Downloads for
Any Device
amazon.com.

**Twilight is Now Casting**
No Experience Needed! Make
$300/Day Apply Online |
Registration is Free
www.TalentHunter.com/Twilight

**New Photos - New Moon**
Exclusive Photos of the Cullens,
Volturi and the Wolfpack.
www.HitFix.com/Twilight

**Books by Stephenie Meyer**
Big Discounts on Bestselling
Stephenie Meyer. See Our Sale!
www.BooksAMillion.com

Ads by Google

Twilight.com Homepage

# nightlight

**Read Nightlight on eBook.com Now!**

www.eBook.com                                                    Ads by Google

[                    ] [Search]

# *Welcome To Twilight.com*

Ads by Google

Twilight Series by Stephenie Meyer

Twilight DVD

Download Twilight Motion Picture Soundtrack MP3s

New Moon Movie Trailers, Interviews, Photo Galleries

Twilight Blu-Ray (Ultimate Collector's Set)

Visit Amazon.com / MP3 Store

### For Fans of Vintage TV Science Fiction

The Twilight Zone Companion
Twilight Zone: The Complete Definitive Collection on DVD

**Twilight Fans Com Quiz...**
Take the Twilight Fans Com Quiz! ...What Twilight Character Are You?
dumb-spot.com/Twilight-

**Twilight Eclipse**
New Twilight Breaking Dawn Casting Be In The New Twilight / Make $300
www.TalentHunter.com/E



amazon
Music Downloads for Any Device

amazon.com.

**Twilight Quiz**
Do the Twilight hunks quiz and download content for $9.99 p/m
www.club28282.com/Twilight

**The Twilight Test**
Are you Edward...Jacob? Find out!
dumb-spot.com/Twilight-Test

**Twilight Eclipse**
New Twilight Breaking Dawn Casting Be In The New Twilight / Make $300
www.TalentHunter.com/EclipseCasting

Ads by Google

**breaking dawn** CASTING ID#52.1529

GRAB A TWILIGHT ROLE BEFORE THE DEADLINE ENDS...

ExploreTalent.com                                                    Ads by Google

Search

# *Welcome To Twilight.com*

Ads by Google

Twilight Series by Stephenie Meyer

Twilight DVD

Download Twilight Motion Picture Soundtrack MP3s

New Moon Movie Trailers, Interviews, Photo Galleries

Twilight Blu-Ray (Ultimate Collector's Set)

Visit Amazon.com / MP3 Store

**For Fans of Vintage TV Science Fiction**

The Twilight Zone Companion
Twilight Zone: The Complete Definitive Collection on DVD

**Casting Calls**
Casting Calls For Kids
& Teens. Apply Now!
Ages 6 to 19 Only.
ActingCareersNow.com/I

**Twilight Convention**
Stars, Trivia,
Contests, and more
March 12-14, 2010,
Marriott LAX
www.creationent.com/



amazon
Music Downloads for
Any Device

amazon.com

**Having a New Moon Party?**
Twilight fans! Earn free stuff. We'll
Bring Our Merchandise to You.
InspiredByTwilight.com

**Bella Bracelet And Charms**
The Bracelet Described In Eclipse
Sterling Silver - Only $29.95
www.JewelryWarehouse.com

**Twilight 2**
See New Moon The Movie Trailer &
Pictures with Free Movie Toolbar
Movies.alot.com

Ads by Google

Twilight.com Homepage

Find sparkling designs & enjoy
**FREE SHIPPING**
on Twilight Saga gear.
Save on T-shirts, iPhone cases & more with code: IMPRINT
SHOP NOW ❯
cafepress

[                    ] [ Search ]

# *Welcome To Twilight.com*

Twilight Series by Stephenie Meyer

Interview, Pictures, Discussions

Download Twilight Eclipse MP3s

The Twilight Saga: Eclipse (Single-Disc Blu-ray/DVD Combo)

Visit Amazon.com / MP3 Store

[ blekko ]

### **For Fans of Vintage Television**

The Twilight Zone: The Complete Definitive Collection

Ads by Google

**Twilight Quiz**
Which Twilight Character Are You? Take the Free Quiz!
Webletti.com


amazon
5 GB FREE cloud storage
❯ Learn more

amazon.com

**Breaking Dawn Twilight** Everything to do with Breaking Dawn Twilight Yahoo.com
**Casting Calls** Casting Calls For Kids & Teens. Apply Now! Ages 6 to 19 Only. ActingCareersNow.com/beverly-hills/
**Twilight Games** Search multiple engines for twilight games www.webcrawler.com

Ads by Google

**CHOOSE YOUR SIDE!** IMMORTAL Night **PLAY FOR FREE!**

| | Search |

Ads by Google

# *Welcome To Twilight.com*

Twilight Series by Stephenie Meyer

Interview, Pictures, Discussions

Download Twilight Eclipse MP3s

The Twilight Saga: Eclipse (Single-Disc Blu-ray/DVD Combo)

Visit Amazon.com / MP3 Store

| blekko |

## For Fans of Vintage Television

The Twilight Zone: The Complete Definitive Collection

**Watch Full Episodes**
Turn Your Computer
into a TV! Watch Full
TV Episodes Online.
www.TelevisionFanati...

**Twilight Breaking
Dawn**
Everything to do with
Twilight Breaking
Dawn
Yahoo.com


**amazon** cloud player
5 GB FREE cloud storage
▸Learn more        Privacy

amazon.com.

**Twilight Quiz** Which Twilight Character Are You? Take the Free Quiz! Webfetti.com
**MTV Movie Awards 2011** Catch A Sneak Peek of Twilight: Breaking Dawn! Sunday 6/5 @ 9/8C movieawards.MTV.com
**Keeping America Beautiful** Energizer® & Peter Facinelli Team Visiting Select National Parks. www.nowthatspositivener...

Ads by Google

(EXHIBIT C)

# EXHIBIT C



**manatt**

manatt | phelps | phillips

**Jill M. Pietrini**
Manatt, Phelps & Phillips, LLP
Direct Dial: (310) 312-4325
E-mail: jpietrini@manatt.com

April 17, 2009

File No. 11186-033

*BY FACSIMILE AND*
*FEDERAL EXPRESS*

Tom Markson
TM Consulting
30 Mounds Road, Apt. 206
San Mateo, CA 94402-1255

**Re:    Infringement of Intellectual Property Derived**
**From the Motion Picture *Twilight***

Dear Mr. Markson:

We are writing to request that TM Consulting ("TMC") immediately cease and desist from infringing intellectual property owned by Summit Entertainment, LLC ("Summit") through TMC's website, <<www.twilight.com>> (the "Website"). Copies of pages from the website are enclosed for your reference.

We are counsel for Summit, the entity responsible for producing and distributing the motion picture *Twilight*, and owner of many of the trademarks, copyrights, and other intellectual property rights related to and derived from the highly successful movie *Twilight*, including the TWILIGHT mark. Summit licenses the use of this intellectual property for a variety of uses, including, naturally, use for the marketing and sale of media and merchandise related to *Twilight*.

It has come to Summit's attention that TMC is the owner and operator of the Website, and that the Website repeatedly and willfully uses the trademark TWILIGHT and other information to draw a false association to the motion picture *Twilight* and merchandise and media related to *Twilight,* even though there is no association. For example, TMC uses the stylized font of the *Twilight* movie title, references downloads of the movie, and has quizzes relating to the movie. TMC's use of the TWILIGHT trademark and the other information relating to the Movie on its website is likely to cause consumers to believe that Summit has approved, licensed, and/or authorized TMC's use of its intellectual property, when, in fact, it has not done so. The likelihood of consumer confusion is clearly increased by TMC's hosting of banner advertisements also featuring the TWILIGHT trademark and other *Twilight*-derived intellectual property, including TWILIGHT in its distinctive lower-case letters and font. The Website's additional reference to the television series *The Twilight Zone* does not negate TMC's infringement. Similarly, TMC's use of the TWILIGHT mark remains unauthorized and unlicensed despite any permission to use or link the advertising on the Website from the advertisers.

TMC's actions described above constitute trademark infringement, false association,

11355 West Olympic Boulevard, Los Angeles, California 90064-1614   Telephone: 310.312.4000 Fax: 310.312.4224

Albany | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.



**manatt**
manatt | phelps | phillips

Tom Markson
April 17, 2009
Page 2

false designation of origin, and dilution. The remedies available to Summit for these unlawful acts include an injunction against the use of any intellectual property identical or confusingly or substantially similar to that owned by Summit, Summit's actual damages, TMC's profits, and attorneys' fees. The above is not intended to be a complete listing of Summit's rights and remedies, and Summit reserves the right to assert other claims not stated herein.

Notwithstanding these available remedies, Summit requests that TMC agree in writing to immediately: (1) stop all use of the TWILIGHT trademark or any other mark, logo, design, or the like confusingly similar thereto; (2) cease all use of any intellectual property associated with *Twilight* in the future; (3) discontinue all quizzes and other solicitations on the Website to users about the Twilight movie or the characters therein; (4) provide us with the number of hits the Website received since it has used the mark TWILIGHT in an infringing manner suggesting an association with *Twilight* or Summit ("Period of Infringement"); (5) disgorge TMC's profits earned from the operation of the Website during the Period of Infringement; and (6) provide us with an accounting of the profits made from the Website during the Period of Infringement. The accounting must include: the total revenue/sales made from the Website during the Period of Infringement, including, but not limited to, advertising sales and revenues generated from clicked links. You may indicate your consent to these requests by signing the original of this letter and returning it to me **by April 27, 2009**. A copy of this letter is attached for your records.

Nothing contained in this letter, nor any act or omission to act by Summit is intended or should be deemed to be a waiver, abridgment, alteration, modification or reduction of any rights, claims, defenses or remedies that Summit may have in regard to this matter and all such rights, claims, defenses and remedies, whether at law or in equity, are hereby expressly reserved.

Very truly yours,

Jill M. Pietrini
Manatt, Phelps & Phillips, LLP

JMP:PB/eke
Attachments
cc:    David Friedman, Esq.

**AGREED AND ACCEPTED:**

TM Consulting


By: _____          Date: _____
    Tom Markson
    Individually and on behalf of TM Consulting

41383192.1

IS CASTING NOW
APPLY ONLINE
Feedback - Ads by Google
www.TalentHunter.com

Search

# Welcome To Twilight.com

Ads by Google

Twilight Series by Stephenie Meyer

Twilight DVD

Download Twilight Motion Picture Soundtrack MP3s

Movie Trailers, Interviews, Photo Galleries, Bios

Twilight Blu-Ray (Ultimate Collector's Set)

Visit Amazon.com / MP3 Store

**For Fans of Vintage TV Science Fiction**

The Twilight Zone Companion
Twilight Zone: The Complete Definitive Collection on DVD

**The Twilight Test**
Are you Edward? Find out. Fun Twilight Test.
DumbSpot.com/Twilight

**Free Vampire Game**
ReignOfBlood is a free vampire game Free RPG, Signup Today!
www.ReignOfBlood.net



**The Twilight Movie**
Search multiple engines for the twilight movie
www.webcrawler.com

**Free Vampire Game**
ReignOfBlood is a free vampire game Free RPG, Signup Today!
www.ReignOfBlood.net

**Robert Pattinson**
1-Minute Poll Is Robert Pattinson a Bad Actor?
Go-Vote.net/Robert-Pattinson

Ads by Google

Quizzes

dumb spot   dumb quizzes   dumb stuff   dumb jokes   dumb people   dumb videos   the dumb test   more!

funny quizzes   stupid quizzes   myspace quizzes   fun quizzes   dumb tests   dumb pictures   dumb laws   dumb blondes



## What Twilight Book Character Am I?

Have you read the Twilight series books? Are you a huge fan? Then you have to find out which Twilight character you are!



*1.* Which of these descriptions is closest to your physical appearance?

○ A short girl with dark hair, and brown eyes.

○ A tall guy with reddish brown hair and a crooked smile.

○ A petite girl who is a bit pixie-like.

○ A huge guy with long, dark hair and dark eyes.

○ A tall, statuesque girl with long, blonde hair.

○ A lanky boy with blonde hair.

○ A tall, bulky guy with brown curly hair.

*2.* What would you do on your ideal date?

○ A movie I guess, something simple.

○ A party.

○ Dinner at a good restaurant.

○ An extravagant night on the town.

○ A dance.

○ A ballgame.



*3.* If your friends could choose one word to describe you, what would it be?

○ Clumsy

○ Adonis

○ Sprightly

○ Warm

○ Beautiful

○ Dependable

○ Teddy Bear

*4.* Which car would you like to drive?

○ 1953 Chevrolet Pickup Truck

○ Volvo S60 R

○ Porsche 911 Turbo

○ Volkswagen Rabbit

○

BMW M3

○ Jeep Wrangler

**5.** **Which of these jobs would you like to have?**

○ Chef

○ Scientist

○ Event Planner

○ Mechanic

○ Model

○ General

○ Pro Athlete

**6.** **What did you/will you wear to prom?**

○ I don't know -- I have no idea what fashions are in.

○ A classic, elegant lux.

○ A black, floor-length gown, with an edgy twist.

○ A long, red gown that shows off my legs.

**7.** **The Twilight books have great male and female characters. Which do you like most?**

○ I am a man and I like the female Twilight characters more.

○ I am a woman and I like the female Twilight characters more.

○ I am a man and I like the male Twilight characters more.

○ I am a woman and I like the male Twilight characters more.

[ Continue ]

| Teen Quizzes | | Personality Quizzes | Dumb Tests & Quizzes |
|---|---|---|---|
| Twilight Test | What Celebrity Am I | Lesbian Test | Dumb Games |
| Dumb Quiz | Vampire Test | Where to Live Quiz | Fun Quizzes |
| Fat Test | Goth Test | Redneck Quiz | Funny Jokes |
| Intelligence Test | Emo Test | Gay Test | The Dumb Test |
| Are You Sexy Test | Secret Valentine Test | Political Party Test | MySpace Quotes |
| Britney Spears Test | Love Test | Candidate Quiz | Career Quizzes |
| Dumb Blonde Test | Online IQ Test | What Drink Am I Quiz | MySpace Countdowns |

Privacy Policy   About Dumb Spot   Unsubscribe

© 2009 Pangea Media

This site's quizzes are open to US residents age 13 and up. By completing the quiz and submitting your personal information, you are agreeing that this information may be shared with 3rd parties in accordance with this site's privacy policy. See the complete privacy policy for more details.

At the end of this quiz, you will see a series of advertising offers. These offers are optional. You are not required to accept any offer as a condition for receiving your quiz results.

(EXHIBIT D)

# EXHIBIT D



**manatt**

manatt | phelps | phillips

**Jill M. Pietrini**
Manatt, Phelps & Phillips, LLP
Direct Dial: (310) 312-4325
E-mail: jpietrini@manatt.com

April 20, 2009

File No. 11186-033-095

*VIA FEDERAL EXPRESS*

Tom Markson
TM Consulting
216A Kulamanu Place
Honolulu, HI 96816

**Re:**   **Infringement of Intellectual Property Derived
From the Motion Picture *Twilight***

Dear Mr. Markson:

We are counsel for Summit, the entity responsible for producing and distributing the motion picture Twilight, and owner of many of the trademarks, copyrights, and other intellectual property rights related to and derived from the highly successful movie Twilight, including the TWILIGHT mark. On Friday, April 17, 2009, a letter was sent to your San Mateo, California office, a copy of which is enclosed for your review. We note that you also maintain an address in Hawaii, and we are sending our letter to that address as well to ensure that you receive it.

Should you have any question, please contact me.

Very truly yours,

Jill M. Pietrini
Manatt, Phelps & Phillips, LLP

JMP/PB:eke

Enclosure
cc:   David Friedman, Esq.
41385888.1

11355 West Olympic Boulevard, Los Angeles, California 90064-1614  Telephone: 310.312.4000  Fax: 310.312.4224

Albany  |  Los Angeles  |  New York  |  Orange County  |  Palo Alto  |  Sacramento  |  San Francisco  |  Washington, D.C.



**manatt**

manatt | phelps | phillips

Jill M. Pietrini
Manatt, Phelps & Phillips, LLP
Direct Dial: (310) 312-4325
E-mail: jpietrini@manatt.com

April 17, 2009

File No. 11186-033

*BY FACSIMILE AND*
*FEDERAL EXPRESS*

Tom Markson
TM Consulting
30 Mounds Road, Apt. 206
San Mateo, CA 94402-1255

Re:   **Infringement of Intellectual Property Derived**
      **From the Motion Picture** *Twilight*

Dear Mr. Markson:

        We are writing to request that TM Consulting ("TMC") immediately cease and desist from infringing intellectual property owned by Summit Entertainment, LLC ("Summit") through TMC's website, <<www.twilight.com>> (the "Website"). Copies of pages from the website are enclosed for your reference.

        We are counsel for Summit, the entity responsible for producing and distributing the motion picture *Twilight*, and owner of many of the trademarks, copyrights, and other intellectual property rights related to and derived from the highly successful movie *Twilight*, including the TWILIGHT mark. Summit licenses the use of this intellectual property for a variety of uses, including, naturally, use for the marketing and sale of media and merchandise related to *Twilight*.

        It has come to Summit's attention that TMC is the owner and operator of the Website, and that the Website repeatedly and willfully uses the trademark TWILIGHT and other information to draw a false association to the motion picture *Twilight* and merchandise and media related to *Twilight*, even though there is no association. For example, TMC uses the stylized font of the *Twilight* movie title, references downloads of the movie, and has quizzes relating to the movie. TMC's use of the TWILIGHT trademark and the other information relating to the Movie on its website is likely to cause consumers to believe that Summit has approved, licensed, and/or authorized TMC's use of its intellectual property, when, in fact, it has not done so. The likelihood of consumer confusion is clearly increased by TMC's hosting of banner advertisements also featuring the TWILIGHT trademark and other *Twilight*-derived intellectual property, including TWILIGHT in its distinctive lower-case letters and font. The Website's additional reference to the television series *The Twilight Zone* does not negate TMC's infringement. Similarly, TMC's use of the TWILIGHT mark remains unauthorized and unlicensed despite any permission to use or link the advertising on the Website from the advertisers.

        TMC's actions described above constitute trademark infringement, false association,

# manatt

manatt | phelps | phillips

Tom Markson
April 17, 2009
Page 2

false designation of origin, and dilution. The remedies available to Summit for these unlawful acts include an injunction against the use of any intellectual property identical or confusingly or substantially similar to that owned by Summit, Summit's actual damages, TMC's profits, and attorneys' fees. The above is not intended to be a complete listing of Summit's rights and remedies, and Summit reserves the right to assert other claims not stated herein.

Notwithstanding these available remedies, Summit requests that TMC agree in writing to immediately: (1) stop all use of the TWILIGHT trademark or any other mark, logo, design, or the like confusingly similar thereto; (2) cease all use of any intellectual property associated with *Twilight* in the future; (3) discontinue all quizzes and other solicitations on the Website to users about the Twilight movie or the characters therein; (4) provide us with the number of hits the Website received since it has used the mark TWILIGHT in an infringing manner suggesting an association with *Twilight* or Summit ("Period of Infringement"); (5) disgorge TMC's profits earned from the operation of the Website during the Period of Infringement; and (6) provide us with an accounting of the profits made from the Website during the Period of Infringement. The accounting must include: the total revenue/sales made from the Website during the Period of Infringement, including, but not limited to, advertising sales and revenues generated from clicked links. You may indicate your consent to these requests by signing the original of this letter and returning it to me **by April 27, 2009**. A copy of this letter is attached for your records.

Nothing contained in this letter, nor any act or omission to act by Summit is intended or should be deemed to be a waiver, abridgment, alteration, modification or reduction of any rights, claims, defenses or remedies that Summit may have in regard to this matter and all such rights, claims, defenses and remedies, whether at law or in equity, are hereby expressly reserved.

Very truly yours,

Jill M. Pietrini
Manatt, Phelps & Phillips, LLP

JMP:PB/eke
Attachments
cc:    David Friedman, Esq.

**AGREED AND ACCEPTED:**

TM Consulting

By: _____          Date: _____
    Tom Markson
    Individually and on behalf of TM Consulting

41383192.1



www.TalentHunter.com
Feedback · Ads by Google

[Search]

# *Welcome To Twilight.com*

Ads by Google

Twilight Series by Stephenie Meyer

Twilight DVD

Download Twilight Motion Picture Soundtrack MP3s

Movie Trailers, Interviews, Photo Galleries, Bios

Twilight Blu-Ray (Ultimate Collector's Set)

Visit Amazon.com / MP3 Store

**For Fans of Vintage TV Science Fiction**

The Twilight Zone Companion
Twilight Zone: The Complete Definitive Collection on DVD

**The Twilight Test**
Are you Edward? Find
out  Fun Twilight Test
DumbSpot.com/Twilight-

**Free Vampire Game**
ReignOfBlood is a
free vampire game
Free RPG, Signup
Today!
www.ReignOfBlood.net



**The Twilight Movie**
Search multiple engines for the twilight
movie
www.webcrawler.com

**Free Vampire Game**
ReignOfBlood is a free vampire game Free
RPG, Signup Today!
www.ReignOfBlood.net

**Robert Pattinson**
1-Minute Poll Is Robert Pattinson a Bad
Actor?
Go-Vote.net/Robert-Pattinson

Ads by Google

Quizzes

dumb spot    dumb quizzes    dumb stuff    dumb jokes    dumb people    dumb videos    the dumb test    more!

funny quizzes    stupid quizzes    myspace quizzes    fun quizzes    dumb tests    dumb pictures    dumb laws    dumb blondes



## What Twilight Book Character Am I?

Have you read the Twilight series books? Are you a huge fan? Then you have to find out which Twilight character you are!



**1.** Which of these descriptions is closest to your physical appearance?

- ○ A short girl with dark hair, and brown eyes.
- ○ A tall guy with reddish brown hair and a crooked smile.
- ○ A petite girl who is a bit pixie-like.
- ○ A huge guy with long, dark hair and dark eyes.
- ○ A tall, statuesque girl with long, blonde hair.
- ○ A lanky boy with blonde hair.
- ○ A tall, bulky guy with brown curly hair.

**2.** What would you do on your ideal date?

- ○ A movie I guess, something simple.
- ○ A party.
- ○ Dinner at a good restaurant.
- ○ An extravagant night on the town.
- ○ A dance.
- ○ A ballgame.



**3.** If your friends could choose one word to describe you, what would it be?

- ○ Clumsy
- ○ Adonis
- ○ Sprightly
- ○ Warm
- ○ Beautiful
- ○ Dependable
- ○ Teddy Bear

**4.** Which car would you like to drive?

- ○ 1953 Chevrolet Pickup Truck
- ○ Volvo S60 R
- ○ Porsche 911 Turbo
- ○ Volkswagen Rabbit
- ○

BMW M3

○ Jeep Wrangler

**5.** Which of these jobs would you like to have?

○ Chef

○ Scientist

○ Event Planner

○ Mechanic

○ Model

○ General

○ Pro Athlete

**6.** What did you/will you wear to prom?

○ I don't know -- I have no idea what fashions are in.

○ A classic, elegant tux.

○ A black, floor-length gown, with an edgy twist.

○ A long, red gown that shows off my legs.

**7.** The Twilight books have great male and female characters. Which do you like most?

○ I am a man and I like the female Twilight characters more.

○ I am a woman and I like the female Twilight characters more.

○ I am a man and I like the male Twilight characters more.

○ I am a woman and I like the male Twilight characters more.

[ **Continue** ]

**Teen Quizzes**

Twilight Test
Dumb Quiz
Fat Test
Intelligence Test
Are You Sexy Test
Britney Spears Test
Dumb Blonde Test

What Celebrity Am I
Vampire Test
Goth Test
Emo Test
Secret Valentine Test
Love Test
Online IQ Test

**Personality Quizzes**

Lesbian Test
Where to Live Quiz
Redneck Quiz
Gay Test
Political Party Test
Candidate Quiz
What Drink Am I Quiz

**Dumb Tests & Quizzes**

Dumb Games
Fun Quizzes
Funny Jokes
The Dumb Test
MySpace Quotes
Career Quizzes
MySpace Countdowns

© 2009 Pangea Media

Privacy Policy   About Dumb Spot   Unsubscribe

This site's quizzes are open to US residents age 13 and up. By completing the quiz and submitting your personal information, you are agreeing that this information may be shared with third parties in accordance with this site's privacy policy. See the complete privacy policy for more details.

At the end of this quiz, you will see a series of advertising offers. These offers are optional. You are not required to accept any offers as a condition for receiving your quiz results.

(EXHIBIT E)

# EXHIBIT E

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-689-494**

**Effective date of registration:**

November 6, 2009

---

## Title

**Title of Work:** Twilight Banner

**Nature of Work:** Photograph with Artwork

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** October 13, 2008    **Nation of 1st Publication:** United States

## Author

■    **Author:** Joey Lawrence

**Author Created:** Photograph

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No                    **Pseudonymous:** No

■    **Author:** The Cimarron Group

**Author Created:** 2-Dimensional artwork

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Summit Entertainment, LLC

1630 Stewart Street, Suite 120, Santa Monica, CA 90404

**Transfer Statement:** By Assignment.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Kathryn Vaclavik, authorized agent of Summit Entertainment, LLC

**Date:** November 5, 2009

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-779-140

**Effective date of
registration:**

June 26, 2011

## Title

| | |
|---|---|
| **Title of Work:** | ECLIPSE trading cards base set  SERIES 1 |
| **Previous or Alternative Title:** | The Twilight Saga: Eclipse trading cards base set 1-80 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2009 | | |
| **Date of 1st Publication:** | June 7, 2010 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■  **Author:** | Summit Entertainment, LLC |
| **Author Created:** | text, photograph(s), 2-D artwork, Compilation |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Summit Entertainment, LLC |
| | 1630 Stewart Street, Suite 120, Santa Monica, CA, 90404, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | text, photograph(s), Pre-existing photograph of eclipse; materials from previously registered motion picture The Twilight Saga: Eclipse |
| **New material included in claim:** | text, photograph(s), 2-D artwork, Compilation |

## Certification

| | |
|---|---|
| **Name:** | Monica Danner |
| **Date:** | June 26, 2011 |
| **Applicant's Tracking Number:** | 11186-033 |

| | |
|---|---|
| **Correspondence:** | Yes |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-779-144

**Effective date of
registration:**

June 25, 2011

---

## Title

**Title of Work:** The TWILIGHT SAGA: ECLIPSE bus shelter Cullens

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** May 21, 2010      **Nation of 1st Publication:** United States

## Author

- **Author:** Summit Entertainment, LLC

  **Author Created:** photograph(s), 2-D artwork

  **Work made for hire:** Yes

  **Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Summit Entertainment, LLC

1630 Stewart Street, Suite 120, Santa Monica, CA, 90404, United States

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s), Pre-existing photograph of eclipse

**New material included in claim:** photograph(s), 2-D artwork

## Certification

**Name:** Monica Danner

**Date:** June 25, 2011

**Applicant's Tracking Number:** 11186-033

---

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-779-159

**Effective date of
registration:**

June 25, 2011

## Title

**Title of Work:** The TWILIGHT SAGA: ECLIPSE bus shelter Trio

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** May 18, 2010          **Nation of 1st Publication:** United States

## Author

■          **Author:** Summit Entertainment, LLC

**Author Created:** photograph(s), 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Summit Entertainment, LLC

1630 Stewart Street, Suite 120, Santa Monica, CA, 90404, United States

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s), Pre-existing photograph of eclipse

**New material included in claim:** photograph(s), 2-D artwork

## Certification

**Name:** Monica Danner

**Date:** June 25, 2011

**Applicant's Tracking Number:** 11186-033

**Correspondence:** Yes

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Stephen V. Wilson and the assigned discovery Magistrate Judge is Margaret A. Nagle.

The case number on all documents filed with the Court should read as follows:

## CV11- 7296 SVW (MANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==============================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMMIT ENTERTAINMENT, LLC, a Delaware limited liability company,<br><br>*Plaintiff*<br><br>v.<br><br>TOM MARKSON, dba TM CONSULTING, and DOES 1-10, inclusive,<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

**CV11   07296 SVW   (MANx)**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**TOM MARKSON, dba TM CONSULTING**
**216A Kulamanu Place**
**Honolulu, HI 96816**

**TOM MARKSON, dba TM CONSULTING**
**30 Mounds Road, Apt. 206**
**San Mateo, CA 94402-1255**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Jill M. Pietrini (SBN 138335)**
**Diana Iorlano (SBN 193359)**
**Paul Bost (SBN 261531)**
**MANATT, PHELPS & PHILLIPS, LLC**
**11355 West Olympic Boulevard**
**Los Angeles, CA  90064**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

CHRISTOPHER POWERS

*Signature of Clerk or Deputy Clerk*

Date: **September 2, 2011**

1181

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $. _____

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                       *Server's signature*

                                       _____
                                       *Printed name and title*


                                       _____
                                       *Server's address*

Additional information regarding attempted service, etc:


300362030.1

American LegalNet, Inc.
www.FormsWorkflow.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>SUMMIT ENTERTAINMENT, LLC, a Delaware limited<br>liability company | DEFENDANTS<br>TOM MARKSON, dba TM CONSULTING, and DOES 1-10,<br>inclusive |
|---|---|

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing<br>yourself, provide same.)<br>MANATT, PHELPS & PHILLIPS, LLP<br>**Jill M. Pietrini** (SBN 138335)  jpietrini@manatt.com<br>**Diana Iketani Iorlano** (SBN 193359)  diorlano@manatt.com<br>**Paul Bost** (SBN 261531)  pbost@manatt.com<br>**11355 West Olympic Boulevard**<br>**Los Angeles, CA  90064-1614**<br>**Telephone:  (310) 312-4000; Facsimile:  (310) 312-4224** | Attorneys (If Known) |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No  ☐ **MONEY DEMANDED IN COMPLAINT: $**

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
False Designation of Origin – 15 U.S.C. § 1125(a); Trademark Infringement – 15 U.S.C. § 1114 and Common Law; Dilution – 15
U.S.C.§ 1125(c), Cal. Bus. & Prof. Code § 14247; Statutory and Common Law Unfair Competition

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/ PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R.& Truck | ☐ 861 HIA(1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities – Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities – Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

| FOR OFFICE USE ONLY: | Case Number: | **CV11   07296** |
|---|---|---|

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)  **CIVIL COVER SHEET**  Page 1 of 2



American LegalNet, Inc.<br>www.FormsWorkflow.com

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact, or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| **Summit Entertainment, LLC – Los Angeles County** | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | **Tom Markson, Dba Tm Consulting – Honolulu, HI** |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| **All claims – Los Angeles County** | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _(signature)_ Date **September 2, 2011**

Jill M. Pietrini

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

300362041.1

American LegalNet, Inc.
www.FormsWorkflow.com