AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Western Division** on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO.<br>CV11 07296 | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| PLAINTIFF<br>SUMMIT ENTERTAINMENT, LLC, a Delaware limited liability company | | DEFENDANT<br>TOM MARKSON, dba TM CONSULTING, and DOES 1-10, inclusive |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  SEE ATTACHMENT A | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

FILED 2011 SEP -2 PM 3:59

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

**ORIGINAL**

American LegalNet, Inc.
www.USCourtForms.com

## ATTACHMENT A

*Holder of Trademarks:* **Summit Entertainment, LLC**

| Trademark | Serial № | Registration № | Filing Date | Registration Date |
|---|---|---|---|---|
| IMMORTAL TWILIGHT | 85/264,866 | | 11-Mar-2011 | |
| LUNA TWILIGHT | 77/746,864 | 3,929,237 | 28-May-2009 | 08-Mar-2011 |
| NOX TWILIGHT | 85/185,130 | | 24-Nov-2010 | |
| THE TWILIGHT SAGA | 85/279,308 | | 29-Mar-2011 | |
| THE TWILIGHT SAGA | 85/279,287 | | 29-Mar-2011 | |
| THE TWILIGHT SAGA | 85/279,288 | | 29-Mar-2011 | |
| THE TWILIGHT SAGA | 85/279,289 | | 29-Mar-2011 | |
| THE TWILIGHT SAGA | 85/279,291 | | 29-Mar-2011 | |
| THE TWILIGHT SAGA | 85/279,292 | | 29-Mar-2011 | |
| THE TWILIGHT SAGA | 85/279,293 | | 29-Mar-2011 | |
| THE TWILIGHT SAGA | 85/279,301 | | 29-Mar-2011 | |
| THE TWILIGHT SAGA | 85/279,302 | | 29-Mar-2011 | |
| THE TWILIGHT SAGA | 85/279,306 | | 29-Mar-2011 | |
| THE TWILIGHT SAGA | 85/279,307 | | 29-Mar-2011 | |
| THE TWILIGHT SAGA | 85/279,312 | | 29-Mar-2011 | |
| THE TWILIGHT SAGA | 85/279,313 | | 29-Mar-2011 | |
| THE TWILIGHT SAGA | 85/279,315 | | 29-Mar-2011 | |
| THE TWILIGHT SAGA | 85/279,316 | | 29-Mar-2011 | |
| THE TWILIGHT SAGA | 85/279,320 | | 29-Mar-2011 | |
| THE TWILIGHT SAGA | 85/279,319 | | 29-Mar-2011 | |
| TWIHARD | 85/128,736 | | 16-Sep-2010 | |
| TWILIGHT | 77/511,175 | 3,756,560 | 30-Jun-2008 | 09-Mar-2010 |
| TWILIGHT | 77/511,096 | 3,944,718 | 30-Jun-2008 | 12-Apr-2011 |
| TWILIGHT | 77/509,417 | | 26-Jun-2008 | |
| TWILIGHT | 77/508,141 | | 25-Jun-2008 | |
| TWILIGHT | 77/511,117 | 3,867,985 | 30-Jun-2008 | 26-Oct-2010 |
| TWILIGHT | 77/508,239 | | 25-Jun-2008 | |
| TWILIGHT | 77/511,072 | | 30-Jun-2008 | |
| TWILIGHT | 77/640,048 | | 25-Dec-2008 | |
| TWILIGHT | 77/640,049 | 3,861,517 | 25-Dec-2008 | 12-Oct-2010 |
| TWILIGHT | 77/640,050 | | 25-Dec-2008 | |
| TWILIGHT | 77/640,051 | | 25-Dec-2008 | |
| TWILIGHT | 77/640,052 | | 25-Dec-2008 | |

American LegalNet, Inc.
www.USCourtForms.com

| Trademark | Serial № | Registration № | Filing Date | Registration Date |
|---|---|---|---|---|
| TWILIGHT | 77/640,053 | | 25-Dec-2008 | |
| TWILIGHT | 77/809,429 | | 20-Aug-2009 | |
| TWILIGHT | 77/980,353 | 3,884,385 | 26-Jun-2008 | 30-Nov-2010 |
| TWILIGHT | 77/980,354 | 3,884,386 | 25-Jun-2008 | 30-Nov-2010 |
| TWILIGHT (Stylized) | 77/852,604 | | 20-Oct-2009 | |
| TWILIGHT (Stylized) | 77/852,605 | | 20-Oct-2009 | |
| TWILIGHT (Stylized) | 77/852,607 | | 20-Oct-2009 | |
| TWILIGHT (Stylized) | 77/852,622 | | 20-Oct-2009 | |
| TWILIGHT (Stylized) | 77/852,625 | | 20-Oct-2009 | |
| TWILIGHT (Stylized) | 77/852,627 | | 20-Oct-2009 | |
| TWILIGHT (Stylized) | 77/852,670 | | 20-Oct-2009 | |
| TWILIGHT (Stylized) | 77/852,680 | | 20-Oct-2009 | |
| TWILIGHT (Stylized) | 77/852,687 | | 20-Oct-2009 | |
| TWILIGHT (Stylized) | 77/852,755 | | 20-Oct-2009 | |
| TWILIGHT (Stylized) | 77/852,757 | | 20-Oct-2009 | |
| TWILIGHT (Stylized) | 77/852,768 | | 20-Oct-2009 | |
| TWILIGHT (Stylized) | 77/852,774 | | 20-Oct-2009 | |
| TWILIGHT (Stylized) | 77/852,787 | | 20-Oct-2009 | |
| TWILIGHT (Stylized) | 77/852,798 | | 20-Oct-2009 | |
| TWILIGHT (Stylized) | 77/852,808 | | 20-Oct-2009 | |
| TWILIGHT (Stylized) | 77/852,861 | | 20-Oct-2009 | |
| TWILIGHT (Stylized) | 77/852,862 | 3,817,079 | 20-Oct-2009 | 13-Jul-2010 |
| TWILIGHT BEAUTY | 85/185,159 | | 24-Nov-2010 | |
| TWILIGHT BEAUTY | 85/185,158 | | 24-Nov-2010 | |
| TWILIGHT BEAUTY | 85/185,157 | | 21-Nov-2010 | |
| TWILIGHT BEAUTY | 85/185,156 | | 24-Nov-2010 | |
| TWILIGHT BEAUTY | 85/185,155 | | 24-Nov-2010 | |
| TWILIGHT BEAUTY | 85/185,154 | | 24-Nov-2010 | |
| TWILIGHT TRACKER | 77/874,255 | 3,793,131 | 17-Nov-2009 | 25-May-2010 |

300362141.1

American LegalNet, Inc.
www.USCourtForms.com