SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
JILL M. PIETRINI, Cal. Bar No. 138335
 jpietrini@sheppardmullin.com
PAUL A. BOST, Cal. Bar No. 261531
 pbost@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6017
Telephone:  310..228.3700
Facsimile:   310.228.3701

Attorneys for Plaintiff and Counterdefendant
SUMMIT ENTERTAINMENT, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SUMMIT ENTERTAINMENT, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>TOM MARKSON, dba TM CONSULTING, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.  2:11-cv-07296-SVW-MAN<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE BASED ON SETTLEMENT**<br><br>JS-6 |
| TOM MARKSON, dba TM CONSULTING,<br><br>    Counterclaimant,<br><br>  v.<br><br>SUMMIT ENTERTAINMENT, LLC, a Delaware limited liability company,<br><br>    Counterdefendant, | |

FOR GOOD CAUSE, the Court approves the parties' stipulation for dismissal of this case with prejudice based on settlement and HEREBY ORDERS that

 1. All claims and counterclaims alleged in this entire action are dismissed

1 | with prejudice;

2. The Court shall retain jurisdiction to enforce the settlement agreement entered between the parties; and

3. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: June 14, 2012   _____
HONORABLE STEPHEN V. WILSON